Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ANTOINETTE R. GRAY-WRIGHT

Debtor(s)

Case No:04-44866 RN 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount (s) of $31.50 The name (s)and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 04-44866 | RISCUITY INC<br>225 TOWN PARK DR #425<br>KENNESAW, GA 30144 | $315.00 | $ 31.50 |
| | Total Unclaimed Dividends | | $ 31.50 |

Dated: August 27, 2009

Martha G. Bronitsky, Chapter 13 Trustee

Case: 04-44866, Doc# 47, Filed: 08/31/09, Entered: 09/09/09 15:47:02 Page 1 of 1